UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LEISA G. EBERT,<br><br>      Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>      Defendant. | No. CV-11-215-JPH<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the parties' stipulated motion for an order of remand pursuant to sentence four of 42 U.S.C. § 405(g), ECF No. 17, entered on February 13, 2012. On February 29, 2012, the parties have consented to proceed before a magistrate judge, ECF No. 18. After review, the motion, **ECF No. 17,** is **granted**. The case is reversed and remanded for further proceedings, and judgment is entered for Plaintiff.

On remand the ALJ will:

(1) conduct a new hearing;

(2) update the record and allow Plaintiff to submit additional evidence;

(3) at step two, further consider Plaintiff's headaches;

(4) re-evaluate the medical source opinions, including those of Matthew Gambee, M.D., and Jens Metzker, M.D.;

(5) give further consideration to Plaintiff's subjective

ORDER GRANTING STIPULATED
MOTION FOR REMAND                                              - 1 -

Case 2:11-cv-00215-JPH   Document 19   Filed 03/01/12

allegations;

    (6) further consider Plaintiff's RFC;

    (7) determine whether Plaintiff's past work as a jewelry salesperson was performed at the SGA level and whether it constituted past relevant work; and

    (8) obtain supplemental testimony from a vocational expert regarding the erosion of the occupational base due to Plaintiff's limitations.

    Requests for attorney fees may be made by separate motion to the Court.

    The parties' stipulated motion for an order of remand pursuant to sentence four, ECF No. 17, is **GRANTED. The case reversed and remanded for further proceedings, and judgment shall be entered for Plaintiff**.

    The District Court Executive will file this order, provide copies to the parties and close the file.

    DATED this 1st day of March, 2012.

                                   s/ James P. Hutton

                                     JAMES P. HUTTON
                             UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED
MOTION FOR REMAND                             - 2 -