# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

LEISA G. EBERT,                          )
                                         )
            Plaintiff,                   )
                                         )          NO.  CV-11-215-JPH
      vs.                                )
                                         )          **JUDGMENT IN A**
MICHAEL J. ASTRUE,                       )          **CIVIL CASE**
Commissioner of Social Security,         )
                                         )
            Defendant.                   )
                                         )
_____ )

**STIPULATION BY THE PARTIES:**

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be **CLOSED.**

DATED this 1st  day of  March, 2012.

                                         JAMES R. LARSEN
                                         District Court Executive/Clerk


                                         by: __s/ Karen White_____
                                              Deputy Clerk

cc: all counsel